UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC GRAY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:25 CV 646 CDP |
| | ) | |
| DAVID RICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# MEMORANDUM AND ORDER

Plaintiffs recently filed a Consent Motion to Modify the Case Management Order, which has prompted me to review the course of the proceedings in this case. Upon that review, I will grant the motion and enter a separate Amended Case Management Order, largely adopting the parties' proposed amended schedule. As their proposed schedule does not alter the mediation deadlines ordered in the case, the current deadlines remain in effect, including scheduled mediation on November 30, 2026.

Review of the file also shows that defendant Robert Thomas has failed to answer plaintiffs' First Amended Complaint despite being served with process on September 14, 2026. I will therefore direct plaintiffs to move for entry of default and for default judgment on him.[1] Fed. R. Civ. P. 55. Finally,

[1] Inexplicably, the Missouri Attorney General has not entered an appearance for defendant Thomas, a Missouri Department of Corrections employee, even though they received notice that

plaintiffs are reminded that the 90-day period within which to serve the First Amended Complaint on defendant Heaven Barton expires November 16, 2026. Fed. R. Civ. P. 4(m).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Consent Motion to Modify the Case Management Order [70] is **GRANTED**. A separate Amended Case Management Order is entered herewith.

**IT IS FURTHER ORDERED** that the mediation deadlines previously ordered in this case remain in effect, including scheduled mediation on November 30, 2026.

**IT IS FURTHER ORDERED** that **within fourteen (14) days of the date of this Order**, plaintiffs shall file an appropriate motion for entry of default and for default judgment with respect to defendant Robert Thomas, supported by all necessary affidavits and documentation, as well as a proposed order granting the motion for default by the Clerk of Court and a separate proposed default judgment for entry by the Clerk or, if appropriate, by the Court. Plaintiffs shall serve a copy of their motion and proposed order upon defendant Thomas at the service address on the executed summons.

In the event the Missouri Attorney General intends to appear and defend

---

service was effected upon him.

on behalf of defendant Robert Thomas,

**IT IS FURTHER ORDERED** that the Missouri Attorney General shall have to and including **November 16, 2026**, to enter an appearance on behalf of defendant Robert Thomas and to **SHOW CAUSE** why default should not be entered against him for his failure to appear and defend in this action.

Catherine D Perry

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of November, 2026.